USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/1/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Carmen Tavarez-Vargas**, *Individually, and On Behalf of All Others Similarly Situated*,

                **Plaintiff,**

        v.

**Baker's Bacon LLC**,

                **Defendant.**

1:21-cv-9865-ALC

**ORDER OF**
**DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, *see* ECF No. 10, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

**Dated:** 3/1/2022
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**